Lexington Ave. Hotel, L.P. v 525 Lexington Owner, LLC

2026 NY Slip Op 02879

May 7, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Lexington Avenue Hotel, L.P., Plaintiff-Respondent,

v

525 Lexington Owner, LLC, Defendant-Appellant.

Decided and Entered: May 07, 2026

Index No. 651969/24|Appeal No. 6306|Case No. 2025-05828|

Before: Scarpulla, J.P., Friedman, Shulman, Rodriguez, Rosado, JJ.

[*1]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Nancy M. Bannon, J.), entered on or about August 25, 2025,

And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 02, 2026,

It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.

ENTERED: May 7, 2026